**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| In the matter of: | Case No. **17-51102-K-7** |
|---|---|
| **LOCK JOHN PIATT**<br>**MARIE SOLANGE PIATT** | Chapter 7 |
| Debtor(s) | Judge **MICHAEL M PARKER** |

UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)  represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| John Lock and Marie Piatt<br>4801 Broadway unit 90135<br>San Antonio, Texas 78209 | | |
| Total Unclaimed Dividends Over $25.00 | | $18,295.00 |

Dated: 06/20/2024

/s/ JOHNNY W. THOMAS
JOHNNY W. THOMAS
1149 E. COMMERCE, SUITE 104
ST. PAUL SQUARE
San Antonio, TX 78205
Telephone : (210) 226-5888
Facsimile : (210) 226-6084

cc: U.S. Trustee