July 11, 2024

To: U.S. Bankruptcy Court
Western District of Texas

615 E. Houston
STE 597
San Antonio, TX 78205

ATTN: Bankruptcy Clerk, Chrystal

RE: Case Number 17-51102-rbk
SEE ATTACHED
Debtor1 Lock John Piatt SS# XXX-XX-0262
Phone: 210-667-3350
Debtor2 Marie Solange Piatt SS# XXX-XX-9381
Phone: 210 667-3351
RE: Remaining Funds for Dispersal

Please be advised of change of mailing address from 4801 Broadway, Box 90135, S.A 78209 To:

4092 TPC Parkway Apt 552
San Antonio, Texas 78261

Lock John Piatt                          7-11-2024

Marie Solange Piatt                      7-11-2024

**FILED**

JUL 15 2024

U.S. BANKRUPTCY COURT
BY ___ DEPUTY