UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

| In re: | § | Case No. 17-51102-RBK |
|---|---|---|
| | § | |
| LOCK JOHN PIATT | § | |
| MARIE SOLANGE PIATT | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Johnny W. Thomas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $77,700.00 | Assets Exempt: | $36,300.00 |
| Total Distributions to Claimants: | $26,965.97 | Claims Discharged Without Payment: | $108,344.65 |
| Total Expenses of Administration: | $4,739.03 | | |

3) Total gross receipts of $105,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $73,295.00 (see **Exhibit 2),** yielded net receipts of $31,705.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $110,389.43 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,739.03 | $4,739.03 | $4,739.03 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $47,659.53 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $135,310.62 | $135,310.62 | $26,965.97 |
| **Total Disbursements** | $0.00 | $298,098.61 | $140,049.65 | $31,705.00 |

4). This case was originally filed under chapter 13 on 05/09/2017. The case was converted to one under Chapter 7 on 04/24/2020. The case was pending for 53 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/04/2024            By:  /s/ Johnny W. Thomas
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| The Piatt Family Trust, established October 20, 1992. Spend thrift. | 1129-000 | $105,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$105,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Clerk, US Bankruptcy Ct. | Exemptions | 8100-002 | $18,295.00 |
| Ann Ryan | Funds to Third Parties | 8500-002 | $55,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$73,295.00** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citizens Bank N.A. | 4110-000 | $0.00 | $110,389.43 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$110,389.43** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Johnny W. Thomas, Trustee | 2100-000 | NA | $3,920.50 | $3,920.50 | $3,920.50 |
| Johnny W. Thomas, Law Office P.C., Trustee | 2200-000 | NA | $722.42 | $722.42 | $722.42 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $89.63 | $89.63 | $89.63 |
| Pinnacle Bank | 2600-000 | NA | $6.48 | $6.48 | $6.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,739.03** | **$4,739.03** | **$4,739.03** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Jackson County Taxation Office | 5800-000 | $0.00 | $47,659.53 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $47,659.53 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Bank of America, N.A. | 7100-000 | $0.00 | $15,763.54 | $15,763.54 | $3,141.52 |
| 4 | Bank of America, N.A. | 7100-000 | $0.00 | $41,957.95 | $41,957.95 | $8,361.77 |
| 5 | Bank of America, N.A. | 7100-000 | $0.00 | $22,412.04 | $22,412.04 | $4,466.48 |
| 6 | Bank of America, N.A. | 7100-000 | $0.00 | $16,036.70 | $16,036.70 | $3,195.94 |
| 7 | LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Service | 7100-000 | $0.00 | $25,116.10 | $25,116.10 | $5,005.37 |
| 8 | TD Bank USA, N.A. | 7100-000 | $0.00 | $14,024.29 | $14,024.29 | $2,794.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $135,310.62 | $135,310.62 | $26,965.97 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 17-51102-K-7 | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|
| Case Name: | PIATT, LOCK JOHN AND PIATT, MARIE SOLANGE | Date Filed (f) or Converted (c): | 04/24/2020 (c) |
| For the Period Ending: | 9/4/2024 | §341(a) Meeting Date: | 05/26/2020 |
| | | Claims Bar Date: | 11/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1994 Mazda MX5 Miata M Mileage: 145,000 Other Information: 1994 Mazda MX5 Miata M (approx. 145,000 miles) | $7,897.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Mercedes Model: S430 Year: 2003 Mileage: 115,000 Other Information: 2003 Mercedes S430 (approx. 115,000 miles) | $7,000.00 | $0.00 | | $0.00 | FA |
| 3 | Make: American Tradition Check on Model: Freightliner Year: 2004 Other Information: 2004 American Tradition Freightliner (approx. 55,000 miles) | $77,200.00 | $0.00 | | $0.00 | FA |
| 4 | Household goods | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Electronics | $800.00 | $0.00 | | $0.00 | FA |
| 6 | Golf clubs | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Cash: | $20.00 | $0.00 | | $0.00 | FA |
| 10 | Checking account: Bank of America | $25.00 | $0.00 | | $0.00 | FA |
| 11 | Savings account: Bank of America | $13.00 | $0.00 | | $0.00 | FA |
| 12 | Other: Surity bond with apartment (non-refundable) | $500.00 | $0.00 | | $0.00 | FA |
| 13 | The Piatt Family Trust, established October 20, 1992. Spend thrift. | Unknown | $31,705.00 | | $105,000.00 | FA |
| 14 | Other amounts someone owes you See continuation page(s). | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $95,705.00 | $31,705.00 | | $105,000.00 | $0.00 |

**Major Activities affecting case closing:**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 17-51102-K-7 | Trustee Name: | Johnny W. Thomas |
| --- | --- | --- | --- |
| Case Name: | PIATT, LOCK JOHN AND PIATT, MARIE SOLANGE | Date Filed (f) or Converted (c): | 04/24/2020 (c) |
| For the Period Ending: | 9/4/2024 | §341(a) Meeting Date: | 05/26/2020 |
| | | Claims Bar Date: | 11/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 09/30/2023 | Check clearing, claims adjudication and tax return; refund |
| 09/20/2022 | Document review and sale pending. |
| 09/30/2021 | Other owners attempting to purchase estate proprty interest. Foreclosure for taxes pending. No clear title of records. Trustee interest not clear either. |
| 09/01/2020 | Pending determination of Trust |

Initial Projected Date Of Final Report (TFR):    Current Projected Date Of Final Report (TFR): 12/30/2023    /s/ JOHNNY W. THOMAS

JOHNNY W. THOMAS

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-51102-K-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | PIATT, LOCK JOHN AND PIATT, MARIE SOLANGE | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3213 | | Checking Acct #: | ******0018 |
| Co-Debtor Taxpayer ID #: | **-***3214 | | Account Title: | |
| For Period Beginning: | 5/9/2017 | | Blanket bond (per case limit): | $120,905,000.00 |
| For Period Ending: | 9/4/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2022 | (13) | James L. Whitney | Earnet money on purchase of family trust. | 1129-000 | $500.00 | | $500.00 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.71 | $499.29 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.74 | $498.55 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.71 | $497.84 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.73 | $497.11 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.73 | $496.38 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.71 | $495.67 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.71 | $494.96 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.71 | $494.25 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.73 | $493.52 |
| 09/20/2023 | (13) | Ann L. Ryan Barking Zebra Lodge, LLC | Purchase of property by related entity attempted | 1129-000 | $55,000.00 | | $55,493.52 |
| 10/06/2023 | (13) | James Whitney | purchase of property (family trust) | 1129-000 | $49,500.00 | | $104,993.52 |
| 10/10/2023 | 5001 | INTERNATIONAL SURETIES | Bond #612419134 | 2300-000 | | $89.63 | $104,903.89 |
| 02/15/2024 | 5002 | Ann Ryan | Paymnet on Motion to Distribute Order #51 dated 1/30/2024 | 8500-002 | | $55,000.00 | $49,903.89 |
| 06/06/2024 | 5003 | John Lock Piatt and Marie Piatt | | 8100-002 | | $18,295.00 | $31,608.89 |
| 06/20/2024 | 5003 | STOP PAYMENT: John Lock Piatt and Marie Piatt | | 8100-002 | | ($18,295.00) | $49,903.89 |
| 06/20/2024 | 5004 | Clerk, US Bankruptcy Ct. | Deposit to the registry of the Court | 8100-002 | | $18,295.00 | $31,608.89 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $45.46 | $31,563.43 |
| 07/31/2024 | 5005 | Johnny W. Thomas | Trustee Compensation | 2100-000 | | $3,920.50 | $27,642.93 |
| 07/31/2024 | 5006 | Bank of America, N.A. | Distribution on Claim #: 3; | 7100-000 | | $3,141.52 | $24,501.41 |
| 07/31/2024 | 5007 | Bank of America, N.A. | Distribution on Claim #: 4; | 7100-000 | | $8,361.77 | $16,139.64 |
| 07/31/2024 | 5008 | Bank of America, N.A. | Distribution on Claim #: 5; | 7100-000 | | $4,466.48 | $11,673.16 |
| 07/31/2024 | 5009 | Bank of America, N.A. | Distribution on Claim #: 6; | 7100-000 | | $3,195.94 | $8,477.22 |
| 07/31/2024 | 5010 | LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A. | Distribution on Claim #: 7; | 7100-000 | | $5,005.37 | $3,471.85 |
| 07/31/2024 | 5011 | TD Bank USA, N.A. | Distribution on Claim #: 8; | 7100-000 | | $2,794.89 | $676.96 |
| | | | **SUBTOTALS** | | $105,000.00 | $104,323.04 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 17-51102-K-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | PIATT, LOCK JOHN AND PIATT, MARIE SOLANGE | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3213 | | Checking Acct #: | ******0018 |
| Co-Debtor Taxpayer ID #: | **-***3214 | | Account Title: | |
| For Period Beginning: | 5/9/2017 | | Blanket bond (per case limit): | $120,905,000.00 |
| For Period Ending: | 9/4/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2024 | 5012 | Johnny W. Thomas, Law Office P.C. | Trustee Expenses | 2200-000 | | $722.42 | ($45.46) |
| 08/08/2024 | | Pinnacle Bank | service fee reversal 8/5/2024 | 2600-000 | | ($45.46) | $0.00 |
| | | | **TOTALS:** | | $105,000.00 | $105,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $105,000.00 | $105,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $18,295.00 | |
| | | | **Net** | | $105,000.00 | $86,705.00 | |

| For the period of 5/9/2017 to 9/4/2024 | | For the entire history of the account between 03/03/2022 to 9/4/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $105,000.00 | Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 | Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $31,705.00 | Total Compensable Disbursements: | $31,705.00 |
| Total Non-Compensable Disbursements: | $73,295.00 | Total Non-Compensable Disbursements: | $73,295.00 |
| Total Comp/Non Comp Disbursements: | $105,000.00 | Total Comp/Non Comp Disbursements: | $105,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-51102-K-7 | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|
| Case Name: | PIATT, LOCK JOHN AND PIATT, MARIE SOLANGE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3213 | Checking Acct #: | ******0018 |
| Co-Debtor Taxpayer ID #: | **-***3214 | Account Title: | |
| For Period Beginning: | 5/9/2017 | Blanket bond (per case limit): | $120,905,000.00 |
| For Period Ending: | 9/4/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $105,000.00 | $105,000.00 | $0.00 |

**For the period of 5/9/2017 to 9/4/2024**

| | |
|---|---|
| Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,705.00 |
| Total Non-Compensable Disbursements: | $73,295.00 |
| Total Comp/Non Comp Disbursements: | $105,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/24/2020 to 9/4/2024**

| | |
|---|---|
| Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,705.00 |
| Total Non-Compensable Disbursements: | $73,295.00 |
| Total Comp/Non Comp Disbursements: | $105,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHNNY W. THOMAS

JOHNNY W. THOMAS